IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Magenav, Inc., | ) | Case No.: 1:21-cv-01123 |
|     Plaintiff, | ) | |
| v. | ) | Judge: Hon. Thomas M. Durkin |
| Does 1-869, As Identified in Exhibit 2, | ) | |
|     Defendants. | ) | Magistrate: Hon. Gabriel A. Fuentes |

**PLAINTIFF'S MOTION TO SEVER DOE DEFENDANT 315 MEGA DEALS & SAVINGS**

    Plaintiff, Magenav, Inc., for good cause, moves to sever Defendant Doe 315 Mega Deals & Savings from the other Doe Defendants and create a new case number against Doe 315 Mega Deals & Savings. For the reasons set forth in the Memorandum in Support, Plaintiff requests that this motion to sever claims against Doe 315 be granted and Plaintiff be permitted to proceed against Doe 315 in a proceeding separated from the other Doe Defendants.

Dated this March 28, 2021

Respectfully submitted,

By: /s/ Kevin Keener
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years.

On March 28, 2021, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered users. Also, on March 28, 2021 I will email a copy of this motion and supporting documents to the email address identified by third party respondents as belonging to Doe 315.

Executed on March 28, 2021.

/s/Kevin Keener
Kevin Keener