IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Magenav, Inc., | ) | Case No.: 1:21-cv-01123 |
| Plaintiff, | ) | |
| v. | ) | Judge: Hon. Thomas M. Durkin |
| Does 1-869, As Identified in Exhibit 2, | ) | |
| Defendants. | ) | Magistrate: Hon. Gabriel A. Fuentes |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO SEVER DOE DEFENDANT 315 MEGA DEALS & SAVINGS

Plaintiff, Magenav, Inc., for good cause, moves to sever Defendant Doe 315 Mega Deals & Savings from the other Doe Defendants and create a new case number against Doe 315 Mega Deals & Savings. For the reasons set forth herein, Plaintiff requests that this Court grant Plaintiff's motion.

**I.     APPLICABLE LAW**

Even though Plaintiff has satisfied the requirements for permissive joinder under Rule 20(a), this Court has broad discretion to sever a party at any time. *See Sunlust Pictures, LLC v. Does 1-75*, No. 12 C 1546, 2012 WL 3717768, at *3 (N.D. Ill. Aug. 27, 2012). Federal Rule of Civil Procedure 21 provides that, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party. The court may also sever any claim against a party." Rule 21 gives the court discretion to sever any claim and proceed with it separately if doing so will increase judicial economy and avoid prejudice to the litigants. *Otis Clapp & Son, Inc. v. Filmore Vitamin Co.*, 754 F.2d 738, 743 (7th Cir. 1985).

Severing claims creates a separate action. *FDIC v. McGlamery*, 74 F.3d 218, 222 (10th Cir.1996). Davis v. United States at * 3 (Court directing that new actions be opened for the severed claims). "As a general matter, Rule 21 severance creates two discrete, independent actions, which then proceed as separate suits for the purpose of finality and appealability." *Gaffney v. Riverboat Servs.*, 451 F.3d 424, 441 (7th Cir. 2006).

II. ARGUMENT

Plaintiff has asserted claims of trademark infringement against Does 1-869 for infringement of the HYGIENE HAND trademark. Plaintiff has asserted that all Doe Defendants are an interrelated group of trademark infringers working in active concert to manufacture, import, and sell counterfeit products. Complaint at ¶ 5. Plaintiff's evidence submitted with the complaint as Exhibit 2 [Dkt. 2-1 through 2-18] establishes that the joinder of the defendants is proper in this case under FRCP Rule 20(a). Even though the parties are properly joined together, Plaintiff requests that its claims against Doe 315 Mega Deals & Savings be severed for the sake of judicial economy and to avoid prejudice to the remaining Doe Defendants.

After the filing of the complaint, Plaintiff has performed additional research into the actions of the Doe Defendants. Plaintiff has uncovered additional evidence potentially establishing that Doe 315 Mega Savings & Deals is the core manufacturer and distributor of counterfeit products. The potentially large role that Doe 315 Mega Savings & Deals has played in manufacturing, distributing and selling counterfeit products requires Plaintiff to undertake discovery into the actions taken by Doe 315 Mega Savings & Deals. Plaintiff is in the process of negotiating settlements with other Doe Defendants in this case. If Doe 315 Mega Savings & Deals is not severed into a separate action, Plaintiff's settlements with the other Doe Defendants could be

compromised. Therefore, for the purposes of judicial economy, Plaintiff requests that its clsims against Doe 315 Mega Savings & Deals be severed into a separate case.

### III. CONCLUSION

For the reasons set forth herein, Plaintiff requests that the claims against Doe 315 Mega Deals & Savings be severed from the other Doe Defendants and that that Plaintiff's claims against Doe 315 Mega Deals & Savings proceed in a separate action from the other defendants.

Dated this March 28, 2021

Respectfully submitted,

By: /s/ Kevin Keener
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years.

On March 29, 2021, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered users. Also, on March 28, 2021 I will email a copy of this motion and supporting documents to the email address identified by third party respondents as belonging to Doe 315.

Executed on March 29, 2021.

/s/Kevin Keener
Kevin Keener